# EXHIBIT B

## BIDDING PROCEDURES

These BIDDING PROCEDURES (the "Bidding Procedures") are to be employed by Warren E. Agin, Chapter 7 Trustee ("Trustee") of Innovative Spinal Technologies, Inc., a Delaware corporation ("Debtor"), pursuant to the Debtor's bankruptcy case under Chapter 7 of Title 11 of the United States Bankruptcy Code ("Bankruptcy Code") in connection with that certain Asset Purchase Agreement, dated as of July 27, 2009 between the Trustee and Integra LifeSciences Corporation ("Integra" or the "Proposed Purchaser"), pursuant to which the Proposed Purchaser shall, as Buyer thereunder, acquire Debtor assets on terms and conditions specified therein (the "Asset Purchase Agreement").

The Trustee shall obtain entry of an order of the United States Bankruptcy Court for the District of Massachusetts (the "Bankruptcy Court") which, among other things (a) approves the Bidding Procedures, (b) schedules a Sale Hearing date (as hereinafter defined), (c) approves procedures for the assumption and, if necessary, assignment of executory contracts, and (d) approves the expense reimbursement provision set forth in the Asset Purchase Agreement ("Expense Reimbursement" and, such order, the "Bid Procedures Order").

Capitalized terms used herein and not otherwise defined shall have the meanings set forth in the Asset Purchase Agreement.

      1.     Assets to be Sold.

The Trustee shall offer for sale all assets (the "Asset Sale") of the Debtor's Business including those assets specifically identified in the Asset Purchase Agreement (collectively, the "Assets").

      2.     Participation Requirements.

Any person desiring to participate in the bidding process (each, a "Potential Bidder") must become a "Qualifying Bidder." As a prerequisite to becoming a Qualifying Bidder, a Potential Bidder:

      (a)     must deliver an executed confidentiality agreement in form and substance acceptable to the Trustee; and

      (b)     must be able, as determined by the Trustee, after consultation with counsel for Silicon Valley Bank and GE Business Financial Services Inc., f/k/a Merrill Lynch Business Financial Services, Inc. (collectively, the "Lenders"), to consummate a transaction based upon the Asset Sale, by demonstrating the ability to pay the entire amount owed to the Trustee in cash within 48 hours of demand by the Trustee, if selected as the successful bidder.

The Proposed Purchaser is deemed a Qualifying Bidder and the Asset Purchase Agreement constitutes a Qualifying All Asset Bid (as defined below) for all purposes.

     3.     <u>Due Diligence</u>.

A Qualifying Bidder will have the opportunity to conduct reasonable due diligence through and including the Bid Deadline (as defined below). The Trustee shall not be obligated to furnish any due diligence information after the Bid Deadline.

     4.     <u>Bid Requirements</u>.

To be deemed "<u>Qualifying</u>," a bid must be received from a Qualifying Bidder by a date no later than the Bid Deadline that:

     (a)     states such Qualifying Bidder offers to purchase (i) all or substantially all of the Assets (an "<u>All Asset Bid</u>" and, such bidder, an "<u>All Asset Bidder</u>") or (ii) one of the subsets of the Assets identified on the attached <u>Schedule A</u> (each, a "<u>Lot</u>", and, such bid, a "<u>Lot Bid</u>" and, such bidder, a "<u>Lot Bidder</u>"), in either case all upon the terms and conditions substantially as set forth in the Asset Purchase Agreement;

     (b)     is accompanied by a clean and duly executed purchase agreement (each, a "<u>Modified Asset Purchase Agreement</u>") and a marked Modified Asset Purchase Agreement reflecting any variations from the Asset Purchase Agreement executed by the Proposed Purchaser;

     (c)     states such Qualifying Bidder is financially capable of consummating the transactions contemplated by the Modified Asset Purchase Agreement and provides written evidence demonstrating that such bidder has the financial ability to consummate such transactions by paying all amounts owed to the Trustee in cash within 48 hours of demand by the Trustee;

     (d)     states such Qualifying Bidder's offer is irrevocable until the Asset Sale's closing if such Qualifying Bidder is a Final Bidder and/or a Back-Up Bidder (each as defined below);

     (e)     contains such financial and other information to allow the Trustee to make a reasonable determination as to the Qualifying Bidder's financial and other capabilities to consummate the transactions contemplated by the Modified Asset Purchase Agreement, including, without limitation, such financial and other information setting forth adequate assurance of future performance under executory contracts to be assumed or assumed and assigned pursuant to Bankruptcy Code Section 365 in a form acceptable to the Trustee to allow the Trustee to serve such information on counter-parties to any such executory contracts being assumed or assumed and assigned in connection with the proposed Asset Sale that have requested, in writing, such information;

     (f)     identifies with particularity each and every executory contract the assumption and, as applicable, assignment of which is a condition to Closing;

     (g)     does not request or entitle such Qualifying Bidder to any break-up fee, expense reimbursement, or similar type of payment;

(h)     fully discloses the identity of each entity that will be bidding in the Asset Sale or otherwise participating in connection with such bid, and the complete terms of any such participation;

(i)     if a Lot Bid, then the purchase price amount is not less than the "Minimum Lot Bid" identified for each Lot on the attached Schedule A;

(j)     if an All Asset Bid, then the purchase price amount is not less than the aggregate of the value of the sum of: $5,350,000, which is calculated for purposes of these Bidding Procedures as (i) the Purchase Price **plus** (ii) the amount of the Expense Reimbursement; **plus** (iii) $100,000 ("Bidding Threshold");

(k)     (i) does not contain any financing, inspection or due diligence contingencies of any kind and (ii) contains evidence that the Qualifying Bidder has received debt and/or equity funding commitments and/or has financial resources readily available sufficient in the aggregate to consummate the Asset Sale, which evidence is reasonably satisfactory to the Trustee after consultation with Lenders' counsel;

(l)     includes evidence of authorization and approval from the Qualifying Bidder's board of directors (or comparable governing body) with respect to the submission, execution, and delivery of the Modified Asset Purchase Agreement; and

(m)     provides a purchase deposit equal to five percent (5%) of the purchase price contained in the Modified Asset Purchase Agreement in immediately available funds.

A competing Lot Bid or All Asset Bid satisfying, in the Trustee's reasonable judgment, all applicable requirements above shall constitute either a Qualifying Lot Bid or a Qualifying All Asset Bid.

5.     Bid Deadline.

A Qualifying Bidder desiring to bid shall deliver a written or electronic copy of its bid to: (a) *Trustee*:   Warren E. Agin, Esquire, Trustee for Chapter 7 Debtor, Innovative Spinal Technologies, Inc., c/o Swiggart & Agin, P.C., 197 Portland Street, Fourth Floor, Boston, MA 02114; (b) *Trustee's counsel*:   John Loughnane, Esquire, Eckert Seamans Cherin & Mellott, LLC, One International Place, 18th Floor, Boston, MA 02110; (c) *Lenders' counsel*:   Kevin J. Simard, Esquire, Riemer & Braunstein LLP, 3 Center Plaza, Boston, MA 02108; (d) *Proposed Purchaser*: Integra LifeSciences Corporation, attn. John B. Henneman, III, Chief Financial Officer, 311 Enterprise Drive, Plainsboro, New Jersey 08536; and (e) *Proposed Purchaser's counsel*: Jeffrey D. Sternklar, Esq., (jdsternklar@duanemorris.com), Duane Morris LLP, Suite 500, 470 Atlantic Avenue, Boston, MA  02210 so as to be received by a date no later than 4:00 p.m. on August 14, 2009 (the "Bid Deadline"), which Bid Deadline may be extended by the Trustee with the consent of the Proposed Purchaser and Lenders.

6.     Evaluation of Qualifying Lot Bids and Qualifying All Asset Bids.

The Trustee shall make a determination regarding whether a bid is a Qualifying Lot Bid or a

Qualifying All Asset Bid and shall notify bidders whether their bids have been determined to be qualified by a date no later than two (2) days prior to the Auction Date (as defined below). Prior to the Auction (as defined below), the Trustee shall determine, in his reasonable judgment after consultation with Lenders' counsel, which of the Qualifying Lot Bids and Qualifying All Asset Bids, respectively, is likely to be the highest or best for purposes of designating such bids as the Auction's starting bids among the Qualifying Lot Bids and Qualifying All Asset Bids, respectively (each, a "Starting Bid").

      7.    No Qualifying Lot Bids or Qualifying All Asset Bids.

If the Trustee does not receive by the Bid Deadline any conforming Qualifying Lot Bids or Qualifying All Asset Bids other than the Qualifying All Asset Bid submitted by the Proposed Purchaser, or if the sum of the Starting Bids for all of the Lots is less than the Bidding Threshold, then the Trustee shall not hold an Auction (as defined below) and instead shall request at the Sale Hearing (as defined below) that the Bankruptcy Court approve the Asset Purchase Agreement with the Proposed Purchaser.

      8.    Auction.

In the event that the Trustee timely receives one or more Qualifying Lot Bids or Qualifying All Asset Bids other than the Asset Purchase Agreement, or if the sum of the Starting Bids for all of the Lots exceeds the Bidding Threshold, then the Trustee shall conduct a sealed bid auction at the Bankruptcy Court (the "Auction") subject to the Bankruptcy Court's calendar and availability, for a date from Monday, August 24, to Wednesday, August 26, inclusive (the "Auction Date").

The Auction shall be governed by the following procedures:

      (a)    only the Proposed Purchaser, the other Qualifying Bidders and the Lenders (pursuant to 11 U.S.C. Section 363(k) and the Bankruptcy Court-approved Carve-Out Stipulation) shall be entitled to bid at the Auction;

      (b)    the Qualifying Bidders submitting a Qualifying Lot Bid shall only be permitted to bid on the particular Lot or Lots identified by such Qualifying Bidder in its Qualifying Lot Bid. The Proposed Purchaser and any other Qualified All Asset Bidder(s) shall be free to submit one or more Lot Bids and/or All Asset Bids at the Auction;

      (c)    the Proposed Purchaser and the other Qualifying Bidders shall appear in person at the Auction, or through a duly authorized representative;

      (d)    with respect to the Auction for any Lot (a "Lot Auction"), which shall, except as set forth below and otherwise subject to the Trustee's discretion, occur before any auction for all of the Assets, and

- bidding for each Lot shall commence with the applicable Starting Bid identified by the Trustee (which the Trustee shall disclose to all Qualifying Bidders);

- any Qualifying Bidders participating in the Lot Auction shall submit a sealed bid with respect to the applicable Lot that (i) exceeds the applicable Starting Bid by an amount no less than an increment to be determined by the Trustee at the Auction and (ii) may make modifications to the Asset Purchase Agreement subject to this Section 8 (each, a "Modified Asset Purchase Agreement"); and

- The Trustee shall determine, subject to Bankruptcy Court approval, which bid for each Lot constitutes the highest or best from among the Lot Bids submitted at the Auction with respect to each such Lot (each a "Highest Lot Bid" and, collectively, the "Highest Lot Bids"), and shall disclose to the Qualified All Asset Bidders, at a minimum, (i) the number of Lot Bids received and the aggregate amount of the Highest Lot Bids, and (ii) the identity of the party submitting each Highest Lot Bid and the amount of each Highest Lot Bid prior to any bidding on substantially all of the Assets.  If as a result of the All Asset Auction the sum of all of the Highest Lot Bids exceeds the amount of the Highest All Asset Bid (as defined below), then the Trustee (i) shall advise the Qualified Bidders of such, and (ii) the Trustee shall sell the Assets in Lots.  In such event, the Trustee shall reopen each of the Lot Auctions for additional sealed bids on each Lot.  Integra may participate in the reopened Lot Auction.  The highest or best offer shall be accepted by the Trustee with respect to such Lot or Lots ("Prevailing Lot Bid").

(e)    with respect to the Auction for all or substantially all of the Assets (such Auction, the "All Asset Auction" and any bid submitted in such All Asset Auction, an "All Asset Bid"),

- bidding shall commence with a number determined by the Starting Bid identified by the Trustee, or a combination of the Highest Lot Bids as identified by the Trustee;

- Only bidders who submit a Qualifying All Asset Bid shall be permitted to bid at the All Asset Auction.  Any Qualifying Bidder other than Integra participating in the All Asset Auction shall submit a sealed bid in an increment of at least $350,000 higher than the Starting Bid, which All Asset Bid shall include a Modified Asset Purchase Agreement;

- if there are three (3) or more Qualifying Bidders in the All Asset Auction, then the two (2) Qualifying Bidders which, in the Trustee's discretion after consultation with Lenders' counsel, have submitted the two (2) highest or best All Asset Bids (determined, among other things, with reference to the requirements of Section 8(f)) shall have the right to submit one (1) additional All Asset Bid with a Modified Asset Purchase Agreement; and

- The Trustee shall determine, subject to Bankruptcy Court approval, and accounting for the Auction Threshold (as defined below), which All Asset Bid constitutes the highest or best from among the All Asset Bids submitted at the All Asset Auction (the "Highest All Asset Bid").

- If the sum of all of the Highest Lot Bids does not exceed the Highest All Asset Bid, then the Trustee shall accept, as the highest or best offer, either (i) the Proposed Purchaser's highest All Asset Bid or, (ii) if the All Asset Bid of a different entity exceeds the Proposed Purchaser's highest All Asset Bid (after accounting for the Auction Threshold, as defined below), then such other All Asset Bid of such different entity ("Prevailing All Asset Bid").

(f)     the bidder(s) which have submitted the highest or best of (i) the aggregate Prevailing Lot Bids and (ii) the Prevailing All Asset Bid (all in accordance with these Bid Procedures) shall become the "Final Bidder(s)" (and the applicable bid, the "Final Bid") and shall have such rights and responsibilities of the Buyer as set forth in the applicable Asset Purchase Agreement or Modified Asset Purchase Agreement. In determining the highest or best Final Bid, in the event the Trustee does not identify the Proposed Purchaser as either (i) the Final Bidder or (ii) one of the Final Bidders with respect to any Lot, then the Final Bid must provide economic value to the Debtor's estate in an amount greater than the "Auction Threshold" which is the greater of (a) the sum of the Proposed Purchaser's highest All Asset Bid, the Expense Reimbursement and $25,000, and (b) the sum of the Proposed Purchaser's highest Lot Bid(s) for Lot(s) for which the Proposed Purchaser submitted a Lot Bid, the Prevailing Lot Bids for which the Proposed Purchaser did not submit a Lot Bid, the Expense Reimbursement plus $25,000;

(g)     within three (3) business days after Auction adjournment, or by such other time as is mutually acceptable to the Final Bidder(s) and the Trustee, the Final Bidder(s) shall complete and execute all agreements, contracts, instruments and other documents evidencing and containing the terms and conditions of the Final Bid(s).

When viewed in their entirety on an aggregate basis, no modifications to the Asset Purchase Agreement and/or any Modified Asset Purchase Agreement shall be less favorable to the Debtor's estate than the Asset Purchase Agreement's original terms, as determined in the Trustee's reasonable judgment after consultation with Lenders' counsel.

In making any and all decisions regarding bids and/or the Final Bidder(s), the Trustee shall consider in his reasonable judgment after consultation with Lenders' counsel, without limitation, the purchase price amount, the form of consideration being offered, the likelihood of the bidder's ability to close a transaction and the timing thereof, the number, type and nature of any changes to the Asset Purchase Agreement requested by each bidder, and the net benefit to the Debtor's estate. The Proposed Purchaser shall not be entitled to include as part of any subsequent bid a credit for the Expense Reimbursement. If Lenders make a credit bid and are determined to be Final Bidder(s) with respect to any Auction, then Lenders shall pay the Expense Reimbursement, in cash, to the Estate, so as to allow the Estate to pay the Expense Reimbursement to the Proposed Purchaser in accordance with Section 6.2 of the Asset Purchase Agreement.

The Trustee shall also designate a second party or parties as the back-up bidder(s) (the "Back-Up Bidder(s)") whose bid(s) shall remain binding and in effect, until such time as the sale to the Final Bidder(s) is closed. In the event that the Final Bidder(s) are unable to consummate the purchase of the Assets, the Trustee shall sell such Assets to the Back-Up Bidder(s) he designates after consultation with Lenders' counsel.

9.    Sale Hearing.

The Final Bidder(s) (or the Asset Purchase Agreement if no Qualifying Lot Bid or Qualifying All Asset Bid other than that of the Proposed Purchaser is received) will be subject to approval by the Bankruptcy Court. The hearing to approve the sale to the Final Bidder(s) (or the Asset Purchase Agreement if no Qualifying Lot Bid or Qualifying All Asset Bid other than that of the Proposed Purchaser is received) (the "Sale Hearing") shall take place on August ___, 2009.

10.    Return of Deposits.

All deposits shall be returned to each bidder not selected by the Trustee as the Final Bidder(s), as the case may be, no later than five (5) business days after substantial consummation of the sale to the Final Bidder(s).

# SCHEDULE A

## Schedule A to Bidding Procedures

### Lot Schedule

1. **LOT 1. For a minimum Lot bid of Four Million Seven Hundred Thousand Dollars ($4,700,000), the Paramount Open/MIS Lot comprised of the following Assets:**
   - all "03"-group patents listed in their entirety on **Exhibit A-"03"**, including all patents and applications claiming priority or relationship to any of those listed not otherwise included in a particular Lot on this Exhibit A;
   - U.S. Patent Application 12/131,725 ("Polyaxial Bone Anchors With Increased Angulation," relating to the polyaxial screw) (IST # 04-035-P1)**;**
   - Debtor's license contract rights relating to Development and License Agreement between IST, as Licensee, and The Jackson Group comprised of Roger P. Jackson, M.D., Midwest Spine Foundation, and SMS Trust dated November 1, 2004 (referred to as the Polyaxial Screw Agreement or the "**Jackson License**");
   - Debtor's license contract rights relating to Patent License Agreement with Alpinespine, L.L.C. dated August 7, 2006 (the "**Alpinespine License**");
   - all "10"-group patents listed in their entirety on **Exhibit A-"10"**, including all patents and applications claiming priority or relationship to any of those listed not otherwise included in a particular Lot on this Exhibit A;
   - all "12"-group patents listed in their entirety on **Exhibit A-"12"**, including all patents and applications claiming priority or relationship to any of those listed;
   - Off-Axis Anchor Guidance System patent application on **Exhibit A-"Off-Axis"**, including all patents and applications claiming priority or relationship to any of those listed not otherwise included in a particular Lot on this Exhibit A;
   - all trademarks, U.S., and international, if any, associated with "Paramount", and all of the goodwill in the business and products associated with the mark;
   - all trademarks, U.S. and international, if any, associated with the "Innovative Spinal Technologies, Inc.", "Innovative Spinal Technologies", and "IST" (including associated designs), including all of the goodwill in the business and products associated with the marks, and
   - all intellectual property, trademarks, U.S. and international, if any, owned or claimed by the Debtor not otherwise included in any of the Lots on this Exhibit A.

2. **LOT 2. For a minimum Lot bid of Five Hundred Thousand Dollars ($500,000), the Paramount IBS/VBR Lot comprised of the following Assets:**
   - all "05"-group patents listed in their entirety on **Exhibit A-"05"**; and
   - all "06"-group patents listed in their entirety on **Exhibit A-"06"**.

3. **LOT 3. For a minimum Lot bid of Five Hundred Thousand Dollars ($500,000), the Cordant Lot comprised of the following Assets:**
   - all "11"-group patents listed in their entirety on **Exhibit A-"11"**;
   - Debtor's license contract rights relating to Agreement between IST and X-Spine and Systems, Inc. dated December 15, 2006 (the "**X-Spine License**"); and

- All trademarks, U.S. and international, if any, associated with "Cordant" including all of the goodwill in the business and products associated with the mark.

4. **LOT 4. For a minimum Lot bid of Five Hundred Thousand Dollars ($500,000), the AXIENT/developmental IP Lot comprised of the following Assets:**
   - all "04"-group AXIENT patents listed in their entirety on **Exhibit A-"04"** (except as set forth herein), including all patents and applications claiming priority or relationship to any of those listed not otherwise included in a particular Lot on this Exhibit A;
   - all "08"-group patents listed in their entirety on **Exhibit A-"08"**, including all patents and applications claiming priority or relationship to any of those listed not otherwise included in a particular Lot on this Exhibit A;
   - all "13"-group patents listed in their entirety on **Exhibit A-"13"**, including all patents and applications claiming priority or relationship to any of those listed not otherwise included in a particular Lot on this Exhibit A;
   - U.S. Patent Application 10/948,558, filed September 23, 2004, including all patents and applications claiming priority or relationship thereto not otherwise included in a particular Lot on this Exhibit A;
   - all trademarks, U.S. and international, if any, associated with "Axient" (plus design), including all of the goodwill in the business and products associated with the mark;
   - all trademarks, U.S., and international, if any, associated with "Micro Motion", including all of the goodwill in the business and products associated with the mark;
   - all trademarks, U.S., and international, if any, associated with "Covalent", including all of the goodwill in the business and products associated with the mark; and
   - all trademarks, U.S., and international, if any, associated with "Uncompromising" including all of the goodwill in the business and products associated with the mark.

# EXHIBIT A-03

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|

**03-001-US1: SYSTEM AND METHOD FOR STABILIZING OF INTERNAL STRUCTURES**

Inventors  JAMES SPITLER; SCOTT SCHORER

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|
| UNITED STATES | 3591000 | NEW | 10/21/2003 | 10/690,211 | | | PUBLISHED |
| CANADA | 3591004 | DCA | 10/21/2004 | 2,543,069 | | | PENDING |
| EUROPEAN PATENT CO | 3591005 | DCA | 10/21/2004 | 04796060.4 | | | PUBLISHED |
| WIPO | 3591003 | CEQ | 10/21/2004 | PCT/US2004/035000 | | | PUBLISHED |
| UNITED STATES | 3591001 | CON | 11/16/2004 | 10/990,272 | | | PUBLISHED |
| UNITED STATES | 3591002 | CIP | 11/16/2004 | 10/989,715 | | | PUBLISHED |
| AUSTRALIA | 3591012 | CEQ | 10/10/2005 | 2005294161 | | | PENDING |
| CANADA | 3591008 | CEQ | 10/10/2005 | 2,588,099 | | | PENDING |
| EUROPEAN PATENT CO | 3591010 | CEQ | 10/10/2005 | 05805763.9 | | | PUBLISHED |
| WIPO | 3591007 | CEQ | 10/10/2005 | PCT/US2005/036339 | | | PUBLISHED |
| UNITED STATES | 3653000 | CIP | 2/16/2007 | 11/676,101 | | | PUBLISHED |

**03-002-US1: CLOSURE MEMBER FOR A MEDICAL IMPLANT DEVICE**

Inventors  DENNIS COLLERAN; JAMES SPITLER

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|
| UNITED STATES | 3580000 | NEW | 3/22/2004 | 10/805,967 | 5/8/2007 | 7,214,227 | ISSUED |
| TAIWAN | 3580002 | CEQ | 3/21/2005 | 094108688 | 10/1/2006 | I262780 | ISSUED |
| WIPO | 3580001 | CEQ | 3/22/2005 | PCT/US2005/009616 | | | PUBLISHED |

**03-003-CA1: SYSTEM AND METHOD  FOR DISPLACEMENT OF BONEY STRUCTURES**

Inventors  DENNIS COLLERAN; JENNIFER DIEDERICH

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|
| CANADA | 3519001 | DCA | 10/26/2006 | 2,564,405 | | | PENDING |

**03-003-P2: SYSTEM AND METHOD FOR DISPLACEMENT OF BONEY STRUCTURES**

Inventors  JENNIFER DIEDERICH; DENNIS COLLERAN; NOELLE DYE

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|
| UNITED STATES | 3519000 | NEW | 9/25/2006 | 60/826,780 | | | EXPIRED |
| UNITED STATES | 3519006 | FCA | 9/24/2007 | 11/860,485 | | | PUBLISHED |

**03-003-P3: SYSTEM AND METHOD FOR DISPLACEMENT OF BONY STRUCTURES**

Inventors  JENNIFER DIEDERICH; DENNIS COLLERAN; NOELLE DYE

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|
| UNITED STATES | 3519002 | NEW | 11/3/2006 | 60/864,357 | | | EXPIRED |

**03-003-US1: SYSTEM AND METHOD FOR DISPLACEMENT OF BONY STRUCTURES**

Inventors  DENNIS COLLERAN; JENNIFER DIEDERICH

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|
| UNITED STATES | 3519003 | NEW | 5/3/2004 | 10/837,724 | | | PUBLISHED |
| EUROPEAN PATENT CO | 3519007 | DCA | 5/2/2005 | 05744243.6 | | | PUBLISHED |
| TAIWAN | 3519005 | CEQ | 5/2/2005 | 094114156 | | | PUBLISHED |
| WIPO | 3519004 | CEQ | 6/8/2005 | PCT/US2005/015521 | | | PUBLISHED |

**03-004-P1: MEDICAL DEVICES AND METHODS FOR USE IN A MINIMALLY INVASIVE SPINAL FIXATION SYSTEM**

Inventors  JAMES SPITLER; DENNIS COLLERAN; JENNIFER DIEDERICH; CAROLYN ROGERS;
            SCOTT SCHORER

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|
| UNITED STATES | 3598000 | NEW | 10/8/2004 | 60/617,461 | | | EXPIRED |

**03-005-US1: CONNECTOR TRANSFER TOOL FOR INTERNAL STRUCTURE STABILIZATION SYSTEMS**

Inventors  DENNIS COLLERAN; JAMES SPITLER; CAROLYN ROGERS

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|
| UNITED STATES | 3592000 | NEW | 11/16/2004 | 10/989,782 | | | PUBLISHED |

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|

*03-005-US1: CONNECTOR TRANSFER TOOL FOR INTERNAL STRUCTURE STABILIZATION SYSTEMS continued . . .*

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| AUSTRALIA | 3591011 | CEQ | 10/10/2005 | 2005294162 | | | PENDING |
| CANADA | 3592001 | CEQ | 10/10/2005 | 2,581,882 | | | PENDING |
| EUROPEAN PATENT CO | 3591009 | CEQ | 10/10/2005 | 05806488.2 | | | PUBLISHED |
| WIPO | 3591006 | CEQ | 10/10/2005 | PCT/US2005/036340 | | | PUBLISHED |

## 03-006-US1: INTERNAL STRUCTURE STABILIZATION SYSTEM FOR SPANNING THREE OR MORE STRUCTURES
Inventors  JAMES SPITLER; DENNIS COLLERAN

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 3593000 | NEW | 11/16/2004 | 10/990,221 | | | PUBLISHED |

## 03-008-US1: OFF-AXIS ANCHOR GUIDANCE SYSTEM
Inventors  DENNIS COLLERAN

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 3338001 | NEW | 11/18/2004 | 10/991,845 | | | PUBLISHED |

## 03-009-L-P1: DEVICE AND METHOD FOR PERCUTANEOUS PLACEMENT OF LUMBAR PEDICLE SCREWS AMD CONNECTING RODS
Inventors  FRANK H. BOEHM, JR.; BENEDETTA D. MELNICK

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 3397000 | NEW | 8/21/2002 | 60/405,261 | | | EXPIRED |
| UNITED STATES | 3397001 | FCA | 12/17/2002 | 10/320,989 | 12/11/2007 | 7,306,603 | ISSUED |
| CHINA | 3397005 | DCA | 8/21/2003 | 03824485.3 | | | PENDING |
| EUROPEAN PATENT CO | 3397006 | DCA | 8/21/2003 | 03793332.2 | 12/10/2008 | 1545355 | ISSUED |
| EUROPEAN PATENT CO | 3397015 | DIV | 8/21/2003 | 08171095.6 | | | PENDING |
| JAPAN | 3397007 | DCA | 8/21/2003 | US2003/026435 | | | CLOSED |
| MEXICO | 3397009 | DCA | 8/21/2003 | PA/a/2005/002050 | | | ABANDONED |
| NEW ZEALAND | 3397010 | DCA | 8/21/2003 | 538853 | | | ABANDONED |
| WIPO | 3397002 | CEQ | 8/21/2003 | US2003/026435 | | | NAT PHASE |
| CANADA | 3397004 | DCA | 2/21/2005 | 2,496,371 | | | PENDING |
| AUSTRALIA | 3397003 | DCA | 2/23/2005 | 2003260019 | 8/21/2008 | 2003260019 | ISSUED |
| SOUTH KOREA | 3397008 | CEQ | 2/25/2005 | 2005-0016141 | | | PENDING |
| UNITED STATES | 3397011 | CON | 8/9/2006 | 11/463,539 | | | PUBLISHED |
| UNITED STATES | 3397012 | CON | 8/9/2006 | 11/463,543 | | | PUBLISHED |
| UNITED STATES | 3397013 | CON | 8/9/2006 | 11/463,546 | | | PUBLISHED |

## 03-015-D1: BONE ANCHOR HEAD
Inventors  DENNIS COLLERAN; JAMES SPITLER

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 3387000 | NEW | 2/2/2006 | 29/253,187 | 3/24/2009 | D589,147 | ISSUED |

## 03-017-D1: ROD LENGTH INDICATOR
Inventors  JENNIFER DIEDERICH; NOELLE DYE; ROB BROWN

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | P3451000 | NEW | 6/13/2006 | 29/261,357 | 1/22/2008 | D 560,128 | ISSUED |

## 03-018-P1: REDUCTION DEVICE AND METHOD OF USE
Inventors  JAMES SPITLER; JOEL DUYCK; STEFAN GABRIEL

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | P3468000 | NEW | 6/14/2006 | 60/813,548 | | | EXPIRED |
| UNITED STATES | P3468003 | FCA | 6/14/2007 | 11/762,866 | | | PUBLISHED |

## 03-018-P2: REDUCTION DEVICE AND METHOD OF USE
Inventors  MICHAEL S. CASTRO; JAMES SPITLER

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | P3468001 | NEW | 9/8/2006 | 60/825,074 | | | EXPIRED |

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|

**03-018-P3: REDUCTION DEVICE AND METHOD FOR USE**
  Inventors  MICHAEL CASTRO; JAMES SPITLER

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | P3468002 | NEW | 9/25/2006 | 60/826,800 | | | EXPIRED |

**03-019-P1: IMPLANT HOLDING APPARATUS AND METHOD OF IMPLANT RETRIEVAL**
  Inventors  JAMES SPITLER; STEFAN GABRIEL

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 3506000 | NEW | 9/8/2006 | 60/825,082 | | | EXPIRED |
| UNITED STATES | 3506001 | FCA | 9/10/2007 | 11/852,668 | | | PUBLISHED |

**03-021-P1: RETRIEVAL TUBE AND METHOD OF USE**
  Inventors  MICHAEL S. CASTRO; STEFAN GABRIEL; KEVIN TAHMOUSH

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 3510000 | NEW | 9/14/2006 | 60/825,697 | | | EXPIRED |

**03-022-P1: HEAD STABILIZER AND METHOD OF POLY-AXIAL HEAD RETRIEVAL**
  Inventors  REX SHORES; STEFAN GABRIEL; KEVIN TAHMOUSH

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 3511000 | NEW | 9/14/2006 | 60/825,699 | | | EXPIRED |

**03-023-P1: DESCRIPTIVE MARKIINGS FOR POSITIVE INDICATION OF INSTRUMENT POSITION**
  Inventors  STEFAN GABRIEL

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 3520000 | NEW | 9/25/2006 | 60/826,789 | | | EXPIRED |

**03-025-P1: ERGONOMIC RETRACTOR INSTRUMENT**
  Inventors  DENNIS COLLERAN

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 3604000 | NEW | 1/25/2007 | 60/886,604 | | | CLOSED |

**03-026-P1: PEDICLE SCREW DRIVER**
  Inventors  JAMES SPITLER

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 3610000 | NEW | 2/12/2007 | 60/889,402 | | | EXPIRED |
| UNITED STATES | 3610002 | FCA | 2/11/2008 | 12/029,374 | | | PUBLISHED |

**03-027-P1: PEDICLE SCREW DRIVER**
  Inventors  JAMES SPITLER; MICHAEL CASTRO; REX SHORES

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 3610001 | NEW | 2/14/2007 | 60/889,797 | | | EXPIRED |

# EXHIBIT A-04

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|------------|------|-------|---------|--------|---------|--------|



### 04-001-US1: SYSTEM AND METHOD FOR DYNAMIC SKELETAL STABILIZATION

Inventors  DENNIS COLLERAN; SCOTT SCHORER; PAUL MCAFEE

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|------------|------|-------|---------|--------|---------|--------|
| AUSTRALIA | 3459006 | CEQ | | 2005274013 | | | PENDING |
| CANADA | 3459002 | CEQ | 8/8/2005 | 2,574,277 | | | PENDING |
| TAIWAN | 3459004 | CEQ | 8/8/2005 | 94126913 | | | PENDING |
| WIPO | P3297000 | DCA | 8/8/2005 | PCT/US05/27996 | | | NAT PHASE |
| UNITED STATES | P3459000 | CIP | 5/30/2006 | 11/443,236 | | | PUBLISHED |
| EUROPEAN PATENT CO | 3459005 | CEQ | 1/10/2007 | 05784139.7 | | | PUBLISHED |

### 04-001-US1: SYSTEM AND METHOD FOR DYNAMIC SKELETAL STABILIZATION

Inventors  DENNIS COLLERAN; SCOTT SCHORER; PAUL MCAFEE

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|------------|------|-------|---------|--------|---------|--------|
| UNITED STATES | 3459001 | NEW | 8/9/2004 | 10/914,751 | | | PUBLISHED |
| UNITED STATES | 3459003 | CON | 3/7/2008 | 12/044,810 | | | PUBLISHED |

### 04-002-US1: SYSTEM AND METHOD FOR DYNAMIC SKELETAL STABILIZATION (SPHERICAL LINKAGE)

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|------------|------|-------|---------|--------|---------|--------|
| UNITED STATES | P3340000 | CIP | | | | | PROPOSED |

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|

### 04-002-US2: SYSTEM AND METHOD FOR DYNAMIC SKELETAL STABILIZATION (4-BAR)

| UNITED STATES | P3339000 | CON | | | | | PROPOSED |

### 04-004-P1: THREE COLUMN SUPPORT DYNAMIC STABILIZATION SYSTEM AND METHOD OF USE
Inventors  DENNIS COLLERAN; PAUL MCAFEE; BRYAN CUNNINGHAM

| UNITED STATES | 3337001 | NEW | 12/16/2004 | 60/637,324 | | | EXPIRED |

### 04-004-US1: THREE COLUMN SUPPORT DYNAMIC STABILIZATION SYSTEM AND METHOD OF USE
Inventors  DENNIS COLLERAN; MICHAEL S. HISEY

| UNITED STATES | P3337000 | FCA | 12/16/2005 | 11/303,138 | | | PENDING |

### 04-005-P1: Metal Backed UHMWPE Rod Sleeve System Preserving Spinal Motion

| UNITED STATES | 3420000 | NEW | 8/23/2002 | 60/405,775 | | | EXPIRED |
| UNITED STATES | 3420001 | FCA | 8/21/2003 | 10/645,202 | | | ABANDONED |
| WIPO | 3420002 | CEQ | 8/21/2003 | US2003/26333 | | | PUBLISHED |

### 04-008-P1: FOUR-BAR DYNAMIC STABILIZATION DEVICE
Inventors  DENNIS COLLERAN; CAROLYN ROGERS

| UNITED STATES | P3138000 | NEW | 5/27/2005 | 60/685,705 | | | EXPIRED |

### 04-009-P1: SYSTEM AND METHOD FOR DYNAMIC STABILIZATION
Inventors  DENNIS COLLERAN; CAROLYN ROGERS

| UNITED STATES | 3885000 | NEW | 2/24/2005 | 60/656,126 | | | EXPIRED |

### 04-010-P1: SLIDABLE POST DYNAMIC STABILIZATION DEVICE
Inventors  DENNIS COLLERAN; CAROLYN ROGERS

| UNITED STATES | P3139000 | NEW | 5/27/2005 | 60/685,760 | | | EXPIRED |

### 04-011-P1: SPHERICAL PLATE DYNAMIC STABILIZATION DEVICE
Inventors  DENNIS COLLERAN; JAMES SPITLER

| UNITED STATES | 3884000 | NEW | 6/22/2005 | 60/693,300 | | | EXPIRED |

### 04-012-P1: SPHERICAL MOTION DYNAMIC SPINAL STABILIZATION DEVICE
Inventors  DENNIS COLLERAN

| UNITED STATES | P3235000 | NEW | 6/22/2005 | 60/692,943 | | | EXPIRED |
| UNITED STATES | P3235001 | CIP | 8/26/2005 | 60/711,812 | | | EXPIRED |
| UNITED STATES | 3235002 | FCA | 8/28/2006 | 11/467,798 | | | PUBLISHED |
| WIPO | 3235003 | CEQ | 8/28/2006 | PCT/US2006/33440 | | | PUBLISHED |
| CANADA | 3235007 | CEQ | 2/26/2008 | 2,620,615 | | | PENDING |
| AUSTRALIA | 3235006 | CEQ | 2/28/2008 | 2006282786 | | | PENDING |
| EUROPEAN PATENT CO | 3235008 | CEQ | 3/26/2008 | 06802431.4 | | | PUBLISHED |

### 04-013-P2: ALIGNMENT INSTRUMENT FOR DYNAMIC SPINAL STABILIZATION SYSTEMS
Inventors  DENNIS COLLERAN; ARNOLD OYOLA; MICHAEL PERRIELLO; SALLY CARTER; CAROLYN ROGERS

| UNITED STATES | 3235004 | NEW | 9/25/2006 | 60/826,763 | | | EXPIRED |

### 04-013-P3: ALIGNMENT INSTRUMENT FOR DYNAMIC STABILIZATION SYSTEMS
Inventors  DENNIS COLLERAN; ARNOLD OYOLA; MICHAEL PERRIELLO; SALLY CARTER; CAROLYN ROGERS

| UNITED STATES | 3235005 | NEW | 10/27/2006 | 60/863,284 | | | EXPIRED |

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|

## 04-014-P1: ALIGNING CROSS CONNECTOR
Inventors  BILL NAIFEH; CAROLYN ROGERS

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 3407000 | NEW | 2/23/2006 | 60/775,879 | | | ABANDONED |
| UNITED STATES | 3407002 | FCA | 2/23/2007 | 11/678,465 | | | PUBLISHED |

## 04-014-P2: ALIGNING CROSS-CONNECTOR

| UNITED STATES | 3407001 | NEW | 6/19/2006 | 60/814,943 | | | EXPIRED |

## 04-015-P1: MULTI-LEVEL SPHERICAL LINKAGE IMPLANT SYSTEM
Inventors  BILL NAIFEH; CAROLYN ROGERS

| UNITED STATES | 3406000 | NEW | 2/23/2006 | 60/775,877 | | | ABANDONED |
| UNITED STATES | 3406002 | FCA | 2/23/2007 | 11/678,469 | | | PUBLISHED |

## 04-015-P2: MULTI-LEVEL SPHERICAL LINKAGE IMPLANT SYSTEM

| UNITED STATES | 3406001 | NEW | 6/19/2006 | 60/814,753 | | | EXPIRED |

## 04-018-P1: FULL MOTION SPHERICAL LINKAGE IMPLANT SYSTEM
Inventors  DENNIS COLLERAN; ARNOLD OYOLA; MICHAEL PERRIELLO; SALLY CARTER

| UNITED STATES | 3429000 | NEW | 3/29/2006 | 60/786,898 | | | EXPIRED |
| UNITED STATES | 3429001 | FCA | 3/29/2007 | 11/693,394 | | | PUBLISHED |
| WIPO | 3429002 | CEQ | 3/29/2007 | PCT/US07/65525 | | | PENDING |
| JAPAN | 3429003 | CEQ | 9/29/2008 | 2009-503281 | | | PENDING |
| AUSTRALIA | 3429005 | CEQ | 10/29/2008 | 2007233130 | | | PENDING |
| EUROPEAN PATENT CO | 3429006 | CEQ | 10/29/2008 | 07759717.7 | | | PUBLISHED |

## 04-019-P1: MICRO MOTION SPHERICAL LINKAGE IMPLANT SYSTEM
Inventors  DENNIS COLLERAN; ARNOLD OYOLA

| UNITED STATES | P 3439000 | NEW | 4/21/2006 | 60/793,829 | | | EXPIRED |
| UNITED STATES | 3439001 | FCA | 4/23/2007 | 11/738,990 | | | PUBLISHED |

## 04-020-P1: LOCKING ASSEMBLY
Inventors  DENNIS COLLERAN; MICHAEL PERRIELLO; ARNOLD OYOLA; SALLY CARTER

| UNITED STATES | 3482000 | NEW | 7/19/2006 | 60/831,879 | | | EXPIRED |
| UNITED STATES | 3482001 | FCA | 7/19/2007 | 11/780,343 | | | PUBLISHED |

## 04-026-P1: OFFSET ADJUSTABLE DYNAMIC STABILIZATION SYSTEM
Inventors  MICHAEL PERRIELLO; DENNIS COLLERAN; ARNOLD OYOLA; SALLY CARTER;
JOSHUA MORIN

| UNITED STATES | 3505000 | NEW | 9/8/2006 | 60/825,078 | | | EXPIRED |
| UNITED STATES | 3505003 | FCA | 9/10/2007 | 11/852,821 | | | PUBLISHED |

## 04-026-P2: OFFSET ADJUSTABLE DYNAMIC STABILIZATION SYSTEM
Inventors  MICHAEL PERRIELLO; DENNIS COLLERAN; ARNOLD OYOLA; SALLY CARTER;
JOSHUA MORIN

| UNITED STATES | 3505001 | NEW | 9/25/2006 | 60/826,807 | | | EXPIRED |

## 04-026-P3: OFFSET ADJUSTABLE DYNAMIC STABILIZATION SYSTEM
Inventors  MICHAEL PERRIELLO; DENNIS COLLERAN; ARNOLD OYOLA; SALLY CARTER;
JOSHUA MORIN

| UNITED STATES | 3505002 | NEW | 9/25/2006 | 60/826,817 | | | EXPIRED |

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|

### 04-031-P1: DYNAMIC LINKING MEMBER FOR SPINE STABILIZATION SYSTEM
Inventors  MICHAEL PERRIELLO; ARNOLD OYOLA; DENNIS COLLERAN

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|
| UNITED STATES | 3585000 | NEW | 1/3/2007 | 60/883,314 | | | EXPIRED |
| UNITED STATES | 3585001 | FCA | 1/3/2008 | 11/969,165 | | | PUBLISHED |

### 04-032-P1: EXTENSION GUIDE ASSEMBLY
Inventors  JENNIFER DIEDERICH; ARNOLD OYOLA

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|
| UNITED STATES | 3699000 | NEW | 4/30/2007 | 60/914,975 | | | CLOSED |

### 04-032-WO1: IMPLANT INSERTION AND ALIGNMENT SYSTEM
Inventors  JENNIFER DIEDERICH; NOELLE DYE; JENNIFER MCLAUGHLIN; ARNOLD OYOLA;
TERRANCE WONG

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|
| WIPO | 3699001 | NEW | 4/30/2008 | PCT/US08/62110 | | | PENDING |

### 04-033-P1: ALIGNMENT INSERTION INSTRUMENT
Inventors  JENNIFER DIEDERICH; JENNIFER MCLAUGHLIN; TERRANCE WONG; NOELLE DYE

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|
| UNITED STATES | 3698000 | NEW | 4/30/2007 | 60/914,988 | | | CLOSED |

### 04-034-P1: DYNAMIC LINKING MEMBER SPINE STABILIZATION SYSTEM
Inventors  DENNIS COLLERAN; ARNOLD OYOLA; MICHAEL PERRIELLO

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|
| UNITED STATES | 3712000 | NEW | 5/22/2007 | 60/939,404 | | | ABANDONED |

### 04-036-P1: ALIGNMENT INSERTION INSTRUMENT AND DUAL DRIVER
Inventors  JENNIFER MCLAUGHLIN; JENNIFER DIEDERICH; NOELLE DYE; TERRANCE WONG

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|
| UNITED STATES | 3716000 | NEW | 6/18/2007 | 60/944,655 | | | CLOSED |

### 04-037-P1: DYNAMIC SPINAL IMPLANTS AND METHOD OF USE
Inventors  JENNIFER DIEDERICH; NOELLE DYE; JON-PAUL ROGERS

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|
| UNITED STATES | P3850000 | NEW | 2/26/2008 | 61/031,645 | | | PENDING |
| UNITED STATES | P3850001 | FCA | 2/26/2009 | 12/393,918 | | | PENDING |

### 04-038-P1: DYNAMIC MOTION SPINAL STABILIZATION SYSTEM AND DEVICE
Inventors  JOSHUA MORIN; ARNOLD OYOLA; WAYNE BOUCHER

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|
| UNITED STATES | 3874000 | NEW | 4/18/2008 | 61/046,309 | | | PENDING |

### 04-038-P2: DYNAMIC MOTION SPINAL STABILIZATION SYSTEM AND DEVICE
Inventors  JOSHUA MORIN; ARNOLD OYOLA; WAYNE BOUCHER

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|
| UNITED STATES | 3874001 | NEW | 5/2/2008 | 61/050,082 | | | PENDING |

### 04-039-P1: GENERALLY PARALLEL ALIGNMENT INSERTION INSTRUMENTS AND METHODS
Inventors  JENNIFER MCLAUGHLIN; JENNIFER DIEDERICH; NOELLE DYE

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|
| UNITED STATES | P3890000 | NEW | 5/30/2008 | 61/057,414 | | | PENDING |

# EXHIBIT A-05 + A-06

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|------------|------|-------|---------|--------|---------|--------|

**05-002-P1: SYSTEM AND METHOD FOR REPLACEMENT DISC FILLING**

Inventors  SCOTT SCHORER; CORBETT W. STONE; BRYAN D. KNODELL; RICHARD ZDRAHALA

| UNITED STATES | 3600000 | NEW | 9/17/2004 | 60/611,234 | | | EXPIRED |

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|

## 05-003-P1: SYSTEM AND METHOD FOR DISC REPLACEMENT
Inventors  CORBETT W. STONE; SCOTT SCHORER; JENNIFER DIEDERICH; BRYAN D. KNODELL

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | P3311000 | NEW | 9/17/2004 | 60/611,232 | | | EXPIRED |
| UNITED STATES | P3311001 | FCA | 9/16/2005 | 11/228,892 | | | PENDING |

## 05-004-P1: NUCLEUS REPLACEMENT SECURING DEVICE AND METHOD
Inventors  PAUL MCAFEE

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 3594000 | NEW | 12/8/2003 | 60/527,855 | | | EXPIRED |
| UNITED STATES | 3594001 | FCA | 12/7/2004 | 11/007,648 | | | ABANDONED |
| WIPO | 3594002 | CEQ | 12/8/2004 | PCT/US2004/041439 | | | PUBLISHED |
| UNITED STATES | 3594003 | DIV | 6/22/2006 | 11/473,302 | 4/8/2008 | 7,354,453 | ISSUED |
| UNITED STATES | 3594004 | CON | 2/12/2008 | 12/030,090 | | | PUBLISHED |

## 06-001-P1: MEDICAL IMPLANT, TOOLS, SYSTEM, METHOD, AND SURGICAL KIT
Inventors  DENNIS COLLERAN; CAROLYN ROGERS

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 3360001 | NEW | 12/16/2004 | 60/637,312 | | | EXPIRED |

## 06-001-US1: INSTRUMENTS FOR INSERTING SPINAL DISC IMPLANTS
Inventors  DENNIS COLLERAN; CAROLYN ROGERS; JUSTIN DYE

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | P3360000 | NEW | 12/16/2005 | 11/303,843 | | | PENDING |

## 06-002-P1: MEDICAL IMPLANT SYSTEM AND METHOD OF USE
Inventors  DENNIS COLLERAN; CAROLYN ROGERS; JUSTIN DYE

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 3359002 | NEW | 3/10/2005 | 60/660,422 | | | EXPIRED |

## 06-002-US1: EXPANDABLE IMPLANTS FOR SPINAL DISC REPLACEMENT
Inventors  DENNIS COLLERAN; CAROLYN ROGERS; JUSTIN DYE

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | P3359000 | NEW | 12/16/2005 | 11/303,311 | | | PUBLISHED |
| WIPO | P3359001 | CEQ | 12/16/2005 | PCT/US2005/45995 | | | PUBLISHED |

## 06-003-P1: EXPANDABLE SPINAL INTERBODY CAGE
Inventors  DENNIS COLLERAN

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | P3229000 | NEW | 7/20/2005 | 60/700,861 | | | EXPIRED |

## 06-004-P1: RETICULATED DELIVERY INSTRUMENT
Inventors  DENNIS COLLERAN; CAROLYN ROGERS; JUSTIN DYE

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | P3374000 | NEW | 12/21/2005 | 60/752,544 | | | EXPIRED |
| UNITED STATES | P3374001 | FCA | 12/21/2006 | 11/614,540 | | | PUBLISHED |

## 06-004-P2: SPINAL IMPLANT DELIVERY INSTRUMENT
Inventors  DENNIS COLLERAN; JUSTIN DYE; NOELLE DYE

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 3413000 | NEW | 3/23/2006 | 60/785,318 | | | EXPIRED |

## 06-004-P3: INSTRUMENTS FOR DELIVERING SPINAL IMPLANTS
Inventors  JUSTIN DYE

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 3433000 | NEW | 9/8/2006 | 60/825,084 | | | EXPIRED |
| UNITED STATES | 3433001 | FCA | 3/23/2007 | 11/690,692 | | | PUBLISHED |

## 06-006-P1: FLEXIBLE CAGE SPINAL IMPLANT
Inventors  SCOTT SCHORER; DENNIS COLLERAN

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 3416000 | NEW | 3/23/2006 | 60/785,195 | | | EXPIRED |

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|

*06-006-P1: FLEXIBLE CAGE SPINAL IMPLANT continued . . .*

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | STATUS |
|---------|-----------|------|-------|---------|--------|
| UNITED STATES | 3416001 | FCA | 3/23/2007 | 11/690,677 | PUBLISHED |

### 06-008-P1: OFFSET RADIUS LORDOSIS
Inventors  JUSTIN DYE

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | STATUS |
|---------|-----------|------|-------|---------|--------|
| UNITED STATES | 3501000 | NEW | 9/8/2006 | 60/825,089 | EXPIRED |
| UNITED STATES | 3501001 | FCA | 6/25/2007 | 11/767,868 | PUBLISHED |

### 06-010-P1: STEERABLE RASP/TRIAL INSERTER
Inventors  JUSTIN DYE; NARISSA CHANG

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | STATUS |
|---------|-----------|------|-------|---------|--------|
| UNITED STATES | 3500000 | NEW | 9/8/2006 | 60/825,091 | EXPIRED |
| UNITED STATES | 3500003 | FCA | 9/7/2007 | 11/852,183 | PUBLISHED |

### 06-010-P2: STEERABLE RASP/TRIAL INSERTER AND METHOD OF USE
Inventors  LINH NGUYEN

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | STATUS |
|---------|-----------|------|-------|---------|--------|
| UNITED STATES | 3500001 | NEW | 9/22/2006 | 60/826,716 | CLOSED |
| UNITED STATES | 3500004 | FCA | 9/24/2007 | 11/860,480 | PUBLISHED |
| UNITED STATES | 3500005 | FCA | 9/24/2007 | 11/860,482 | PUBLISHED |

### 06-010-P3: STEERABLE RASP/TRIAL INSERTER
Inventors  JUSTIN DYE; NARISSA CHANG

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | STATUS |
|---------|-----------|------|-------|---------|--------|
| UNITED STATES | 3500002 | NEW | 11/30/2006 | 60/868,022 | EXPIRED |

### 06-011-P1: ADAPTABLE TOOL REMOVAL DEVICE AND METHOD (slap hammer)
Inventors  JEFFREY WILLIAMS

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | STATUS |
|---------|-----------|------|-------|---------|--------|
| UNITED STATES | 3590000 | NEW | 1/25/2007 | 60/886,589 | EXPIRED |
| UNITED STATES | 3590002 | FCA | 1/24/2008 | 12/018,913 | PUBLISHED |

### 06-011-P2:  MEDICAL IMPACT TOOL ADAPTOR AND METHOD
Inventors  NARISSA CHANG; LINH NGUYEN

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | STATUS |
|---------|-----------|------|-------|---------|--------|
| UNITED STATES | 3590001 | NEW | 6/25/2007 | 60/946,075 | CLOSED |
| UNITED STATES | 3590003 | FCA | 6/25/2008 | 12/146,309 | PENDING |

### 06-012-D1: INTERVERTEBRAL IMPLANT
Inventors  JUSTIN DYE; STEFAN GABRIEL

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | STATUS |
|---------|-----------|------|-------|---------|--------|
| UNITED STATES | 3790000 | NEW | 11/8/2007 | 29/297,326 | ABANDONED |

### 06-013-P1: INSTRUMENTS AND METHODS FOR DELIVERING SPINAL IMPLANTS
Inventors  DAVID COSTA; KENNETH NADEAU; JEFF KAZMIERSKI; PAUL BROPHY; JOSEPH A.
BRUNO, JR

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | STATUS |
|---------|-----------|------|-------|---------|--------|
| UNITED STATES | P3862000 | NEW | 4/1/2008 | 61/041,506 | ABANDONED |

# EXHIBIT A-08

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|

**08-001-P1: SYSTEM AND METHOD FOR MINIMALLY INVASIVE NUCLECTOMY**

Inventors  BRYAN D. KNODELL; CORBETT W. STONE; JENNIFER DIEDERICH

| UNITED STATES | P3291000 | NEW | 9/17/2004 | 60/611,231 | | | EXPIRED |

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|

## 08-001-P2: ANNULAR ACCESS DEVICES
Inventors  CORBETT W. STONE; JENNIFER DIEDERICH; BRYAN D. KNODELL

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | P3289000 | NEW | 8/3/2005 | 60/705,122 | | | CLOSED |
| UNITED STATES | P3289001 | FCA | 8/3/2006 | 11/462,319 | | | PUBLISHED |

## 08-001-US1: SYSTEM AND METHOD TO ACCESS ANNULUS TISSUE
Inventors  JENNIFER DIEDERICH; BRYAN D. KNODELL; CORBETT W. STONE

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | P3342000 | FCA | 9/17/2005 | 11/229,233 | | | PENDING |

## 08-002-P2: SYSTEM AND METHOD TO ACCESS ANNULUS TISSUE USING T ANCHORS
Inventors  CORBETT W. STONE; JENNIFER DIEDERICH; BRYAN D. KNODELL

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | P3343000 | NEW | 3/9/2006 | 60/780,897 | | | EXPIRED |
| UNITED STATES | P3343001 | FCA | 9/26/2006 | 11/535,383 | | | PUBLISHED |

# EXHIBIT A-10

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|



### 10-001-P1: SURGICAL RETRACTOR APPARATUS AND METHOD OF USE
Inventors  DENNIS COLLERAN; CAROLYN ROGERS

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | STATUS |
|---------|-----------|------|-------|---------|--------|
| UNITED STATES | 3405000 | NEW | 2/24/2005 | 60/656,125 | EXPIRED |
| UNITED STATES | 3405001 | FCA | 2/24/2006 | 11/362,242 | ABANDONED |

### 10-002-P1: SURGICAL RETRACTOR DEVICE AND METHOD OF USE
Inventors  DENNIS COLLERAN

| UNITED STATES | 3428000 | NEW | 3/22/2006 | 60/784,712 | EXPIRED |
| UNITED STATES | P3428002 | FCA | 3/22/2007 | 11/689,881 | PUBLISHED |

### 10-003-P1: SURGICAL RETRACTOR DEVICE AND METHOD OF USE
Inventors  SCOTT SCHORER

| UNITED STATES | 3428001 | NEW | 10/6/2006 | 60/828,541 | EXPIRED |
| UNITED STATES | 3428003 | FCA | 10/8/2007 | 11/868,843 | PENDING |

### 10-004-P1: SURGICAL RETRACTOR DEVICE AND METHOD OF USE
Inventors  JAMES SPITLER; NOELLE DYE; DENNIS COLLERAN; STEFAN GABRIEL; CAROLYN
          ROGERS

| UNITED STATES | 3605000 | NEW | 1/26/2007 | 60/886,704 | CLOSED |
| UNITED STATES | 3605001 | FCA | 1/28/2008 | 12/021,100 | PUBLISHED |
| UNITED STATES | 3605002 | FCA | 1/28/2008 | 12/021,111 | PUBLISHED |
| UNITED STATES | 3605003 | FCA | 1/28/2008 | 12/021,119 | PUBLISHED |

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|

**10-005-P1: SURGICAL RETRACTOR**

Inventors  ALI ARAGHI

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|
| UNITED STATES | P3777000 | NEW | 6/30/2006 | 60/818,024 | | | EXPIRED |
| UNITED STATES | P3777001 | FCA | 7/2/2007 | 11/772,668 | | | PUBLISHED |

# EXHIBIT A-11

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| ████████████ | | | | | | | |
| ██████████ | | | | | | | |
| ██████ | ██████ | ██ | ██ | ████ | | | ████ |
| ██████ | | ██ | ██ | ████ | | | ████ |

### 11-001-P1: ACTIVE SETTLING PLATE AND METHOD OF USE
Inventors  DENNIS COLLERAN; JAMES SPITLER

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | P 3579000 | NEW | 12/12/2006 | 60/869,577 | | | EXPIRED |
| UNITED STATES | 3579001 | FCA | 12/12/2007 | 11/954,921 | | | PUBLISHED |
| UNITED STATES | 3579002 | FCA | 12/12/2007 | 11/955,077 | | | PUBLISHED |

### 11-002-US1: SCREW LOCKING MECHANISM AND METHOD
Inventors  DAVID LOUIS KIRSCHMAN

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 3831000 | NEW | 9/30/2003 | 10/675,361 | 2/27/2007 | 7,182,782 | ISSUED |
| UNITED STATES | 3831001 | CON | 6/2/2004 | 10/858,629 | | | PUBLISHED |
| UNITED STATES | 3831002 | CON | 1/12/2007 | 11/622,487 | | | PUBLISHED |

### 11-003-P1: CERVICAL PLATE INSTRUMENT KIT
Inventors  MICHAEL CASTRO

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---|---|---|---|---|---|---|---|
| UNITED STATES | 3747000 | NEW | 8/6/2007 | 60/954,226 | | | PENDING |
| UNITED STATES | 3747001 | FCA | 8/6/2008 | 12/187,252 | | | PENDING |

███████████████
██████████████████
████  ████  ██  ██  ████        ████
███████████████
██  ████████████  ████
██████████████
█████████
████  ████  ██  ██  ████        ████
█████████████████████
████  ████  ██  ██  ████        ████
██        ████        ████
██████████████
████████
████  ████  ██  ██  ████        ████
████  ████  ██  ██  ████        ████
███████████
█████████
████  ████  ██  ██  ████        ████

# EXHIBIT A-12

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|



**12-001-L-US1: ROD COUPLING ASSEMBLIES**
  Inventors  MICHAEL D. ENSIGN; DAVID T. HAWKES; THOMAS M. SWEENY

| UNITED STATES | 3883000 | NEW | 11/21/2005 | 11/284,438 | | | PUBLISHED |

**12-001-L-WO1: ROD COUPLING ASSEMBLIES**
  Inventors  MICHAEL D. ENSIGN; DAVID T. HAWKES; THOMAS M. SWEENY

| WIPO | 3883001 | NEW | 11/21/2005 | PCT/US2005/042181 | | | NAT PHASE |

**12-002-P1: DUAL CAM LOCKING CROSS CONNECTOR**
  Inventors  LINH NGUYEN

| UNITED STATES | 3787000 | NEW | 9/27/2007 | 60/975,594 | | | CLOSED |
| UNITED STATES | P3787001 | FCA | 9/29/2008 | 12/240,718 | | | PENDING |

# EXHIBIT A-13

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|



## 13-002-P2: VERTEBRAL INTERBODY COMPRESSION IMPLANT

Inventors  DENNIS COLLERAN

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | STATUS |
|---------|-----------|------|-------|---------|--------|
| UNITED STATES | 3793000 | NEW | 11/12/2007 | 60/987,111 | ABANDONED |
| UNITED STATES | 3793001 | FCA | 11/12/2008 | 12/269,550 | PENDING |

## 13-003-D1: SPINOUS PROCESS IMPLANT

Inventors  DENNIS COLLERAN

| UNITED STATES | 3801000 | NEW | 12/5/2007 | 29/298,419 | PENDING |

# EXHIBIT A-"OFF-AXIS"

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|

### OFF-AXIS ANCHOR GUIDANCE SYSTEM

Inventors  DENNIS COLLERAN

| COUNTRY | REFERENCE# | TYPE | FILED | SERIAL# | ISSUED | PATENT# | STATUS |
|---------|-----------|------|-------|---------|--------|---------|--------|
| AUSTRALIA | 3338004 | CEQ | | 2005306715 | | | PENDING |
| CANADA | 3338002 | CEQ | 11/15/2005 | 2,587,570 | | | PENDING |
| WIPO | P3338000 | DCA | 11/15/2005 | PCT/US2005/41028 | | | PUBLISHED |
| EUROPEAN PATENT CO | 3338003 | CEQ | 5/24/2007 | 05849307.3 | | | PUBLISHED |