# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | Chapter 7 |
| INNOVATIVE SPINAL TECHNOLOGIES, INC., | Case No. 09-14415 (FJB) |
| Debtor. | |

## NOTICE OF TRUSTEE'S INTENTION TO ABANDON PROPERTY
## (re: Oxford Financial Corporation)

PLEASE TAKE NOTICE that Warren E. Agin, the duly-appointed Chapter 7 Trustee ("Trustee") of Innovative Spinal Technologies, Inc. ("Debtor"), pursuant to section 554(a) of the United States Bankruptcy Code, Rule 6007 of the Federal Rules of Bankruptcy Procedure and Massachusetts Local Bankruptcy Rule 6007-1, intends to abandon the estate's interest in sale proceeds generated by the auction of certain Debtor assets formerly located at the Debtor's Mansfield, Massachusetts facility (the "Premises").

On June 17, 2009, the Trustee filed a motion seeking authorization for sale of certain Debtor assets at public auction; such assets had formerly been located at the Premises and consisted primarily of equipment subject to, and encumbered by, liens granted by Debtor in favor of Oxord Financial Corporation ("Oxford"). In connection with such authorization for sale, the Trustee also filed a motion seeking approval of that certain Stipulation for Auction of Estate Assets, Distribution of Auction Proceeds and Borrowing of Money to Conduct Sale (the "Oxford Stipulation"). The Court granted both of the Trustee's motions.

In compliance with the Oxford Stipulation's terms, Cowan Alexander, the Trustee's auctioneer, held an on-line auction pursuant to which the auction items were sold for the estate's

{K0404308.2}

benefit.  The auction generated gross proceeds in the amount of $52,003.50, of which $3,100 was attributable to assets not subject to Oxford's lien.  The auction generated net proceeds in the amount of $31,602.80 (the "Property").  Based upon gross proceeds, the Trustee has calculated the estate's share of auction expenses to be 5.96%, or $1,215.88; the estate's resulting net auction proceeds is $1,884.12 (the "Net Estate Proceeds").

The Trustee has determined that the Net Estate Proceeds are of inconsequential value and it is, therefore, in the estate's best interest to abandon the Net Estate Proceeds as a partial setoff of the amount owed Oxford by the estate.  Oxford has agreed to pay any and all auctioneer fees as billed in connection with the auction which generated the Property.  Because the value to the estate of Net Estate Proceeds is less than $5,000, the Trustee has provided this notice only to those parties required under Local Rule 6007-1(b).

In addition to Oxford's claims, the Property is subject to liens and claims of Silicon Valley Bank, a California corporation ("SVB"), as agent for certain Lenders, including without limitation, SVB and GE Business Financial Services Inc., f/k/a Merrill Lynch Business Financial Services Inc**.** ("GE") (GE and SVB collectively, the "Lenders").  The Lenders assent to this Notice.

        Respectfully submitted,

        WARREN E. AGIN, CHAPTER 7 TRUSTEE
OF INNOVATIVE SPINAL TECHNOLOGIES, INC.,

        By his attorney,

        By: /s/ John G. Loughnane _____
           John G. Loughnane (BBO # 557599)
           Eckert Seamans Cherin & Mellott LLC
           Two International Place, 16th Floor
           Boston, MA 02110
           Telephone: (617) 342-6885
           Facsimile: (617) 342-6899

ASSENTED TO:

        THE LENDERS,

        SILICON VALLEY BANK AND
GE BUSINESS FINANCIAL SERVICES, INC.,

        By their Counsel,

        /s/ Kevin J. Simard_____
        Kevin J. Simard, BBO No. 555493
        Riemer & Braunstein LLP
        Three Center Plaza
        Boston, Massachusetts 02108
        Phone: (617) 523-9000
        Fax: (617) 880-3456

Dated: September 1, 2009

{K0404308.2}